# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                           NO. 4:16CR00097 JLH

MARY TALBIRD BOOZER                                                             DEFENDANT

## ORDER

Mary Talbird Boozer has filed a motion to suppress illegally obtained evidence. The response of the United States must be filed on or before December 5, 2016.

IT IS SO ORDERED this 22nd day of November, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE